820

Commonwealth *v.* Brown, Appellant.

Submitted March 23, 1970. *Harold Yaskin* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *Victor J. DiNubile, Jr.,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Brown, Appellant.

Submitted December 8, 1969. *Mark D. Schaffer* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Butler, Appellant.

Submitted March 9, 1970. *Stanton D. Levenson,*

and *Levenson & Snyder,* for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.

## Commonwealth *v.* Butler, Appellant.

Submitted March 9, 1970. *Richard D. Walker,* Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Cavalier, Appellant.

Submitted March 16, 1970. *Joseph Wassell,* Assistant Public Defender, for appellant; *Irwin Schneider,* Assistant District Attorney, and *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Choice, Appellant.